# United States Court of Appeals
## For the First Circuit

---

No. 05-2794

MARKS 3-ZET-ERNST MARKS GMBH & CO. KG,

Plaintiff, Appellant,

v.

PRESSTEK, INC.,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on July 11, 2006 is amended as follows:

Page 6, line 3: insert "agreement" after "arbitration"

Page 10, line 17: replace "Mark" with "Marks"

Page 15, line 23: insert "it" between "but" and "captures"

Page 16, line 19: delete the comma between "on" and "9"

Page 17, line 7: delete the comma after "4"

Page 23, line 2: replace "arbitration" with "commerce"

Page 26, line 21: insert "on" between "based" and "the"